IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TERESA E. BRASILE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0107 |
| | ) | Judge Trauger |
| JANET NAPOLITANO, Secretary, Department | ) | |
| of Homeland Security, Transportation Security | ) | |
| Administration, in her official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Pursuant to the joint notice and request for setting of initial case management conference (Docket No. 10), it is hereby ORDERED that the initial case management conference scheduled for July 19, 2010, at 1:15 p.m. is RESET for Friday, June 25, 2010, at 1:00 p.m.

It is so **ORDERED**.

ENTER this 7th day of May 2010.

ALETA A. TRAUGER
U.S. District Judge