IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| | | |
|---|---|---|
| TERESE E. BRASILE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:10-0107 |
| | ) | JUDGE TRAUGER |
| JANET NAPOLITANO, | ) | |
| Secretary, Department of Homeland | ) | |
| Security, Transportation Security | ) | |
| Administration, in her official capacity, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR A PRIVACY PROTECTIVE ORDER

Comes now, the parties, and hereby moves this Honorable Court for a Privacy Protective Order.

A proposed Order is attached hereto.

Dated this 7th day of January 2011.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

s/Mercedes C. Maynor-Faulcon
MERCEDES C. MAYNOR-FAULCON
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151
Tennessee B.P.R. #013330

s/August C. Winter w/permission
August C. Winter, Esquire
750 Old Hickory Blvd.
Suite 150, Building 2
Brentwood, Tennessee 37027
Telephone: (615) 371-6152
Tennessee B.P.R. #009706