UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF TENNESSEE
                   NASHVILLE DIVISION


**TERESE E. BRASILE**              )
                                   )
**v.**                             ) Civil Action No. 3:10-0107
                                   ) Judge Sharp/Knowles
**JANET NAPOLITANO**               )


                       **O R D E R**


   Pursuant to Judge Sharp's Order entered June 30, 2011, the undersigned consulted with Judge Sharp's Office with regard to setting a new trial date. The jury trial is reset for **September 11, 2012, at 9:00 a.m**. The pretrial conference is reset for **August 20, 2012, at 2:00 p.m.**

   IT IS SO ORDERED.


                           _____
                           E. Clifton Knowles
                           United States Magistrate Judge