UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TERESE E. BRASILE | ) | |
| | ) | |
| v. | ) | NO. 3:10-0107 |
| | ) | JUDGE SHARP |
| JANET NAPOLITANO, Secretary, | ) | |
| Department of Homeland Security, | ) | |
| Transportation Security Administration, in | ) | |
| her official capacity. | ) | |

## ORDER

A telephone conference call in this matter is hereby scheduled for Wednesday, March 7, 2012 at 10:00 a.m. The parties are instructed to call 615-695-2852 to be connected to the call.

It is so ORDERED.

_____
KEVIN H. SHARP